## COOK v. STATE.
### No. 17369.

Court of Criminal Appeals of Texas.
Feb. 27, 1935.

G. C. Barkman, of Texarkana, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is pandering; the punishment, confinement in the penitentiary for twenty-five years.

The record is before us without a statement of facts, in the absence of which we are unable to appraise the single bill of exception brought forward.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.